UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Maitondelua Sakaneno

                    v.                              Civil Case No. 1:26-cv-421-JL-TSM

ICE Enforcement and Removal
Operations, Field Office Director, et al.

**ORDER**

Before the court is the habeas petition brought by Maitondelua Sakaneno challenging his ongoing ICE detention.[1]  After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.).[2]  In response, the government notes that it "object[s] to this Court granting relief in the instant case on the basis of *Destino*" on the ground that the case was "wrongly decided," but concedes that "the Court will reach the same result and would order that Petitioner be afforded a bond hearing before an [I]mmigration [J]udge" if it applied *Destino*'s reasoning here.[3]

Thus, no cause having been shown, the court GRANTS the petition[4] for a bond hearing based on the reasoning in *Destino* and orders the respondents to provide the petitioner with a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable.  The petition is DENIED in all other respects.  The parties shall file a status report on or before **June 15, 2026**.

        SO ORDERED.

                                                Joseph N. Laplante
                                                United States District Judge

Dated: June 5, 2026
Cc: Counsel of record

---

[1] Doc. no. 1.

[2] Doc. no. 3.

[3] Show Cause Response (doc. no. 8) at 2-3.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.

[4] Doc. no. 1.